IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKE A. LEWIS, | § § | |
| Plaintiff, | § § | |
| vs. | § § | NO. 4:12-CV-03045 |
| UNIVERSITY OF HOUSTON, DOWNTOWN | § § § | |
| Defendant | § § | |

## ORDER ON PLAITNIFF'S UNOPPOSED MOTION TO DISMISS

The Court has considered Plaintiff Mike A. Lewis's Unopposed Motion to Dismiss. After reviewing said motion and any responses thereto, the Court is of the opinion that said Motion should be in all things GRANTED. It is, therefore,

ORDERED that Plaintiff's lawsuit be dismissed without prejudice.

SIGNED this 28th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE